Barry R. Schirm (SBN 94553)
Bill D. Fountain (SBN 284411)
Arturo E. Sandoval (SBN 227077)
**HAWKINS PARNELL & YOUNG LLP**
1 Post Street, Suite 2400
San Francisco, California 94104
Telephone: (415) 766-3200
Facsimile: (415) 766-3250
E-mail: bfountain@hpylaw.com
asandoval@hpylaw.com

Attorneys for Defendant,
**THE SHERWIN-WILLIAMS PAINT COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLISHAM PAINTING & DECORATING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHERWIN-WILLIAMS PAINT COMPANY, an Ohio corporation, and DOES 1 through 50, Inclusive,<br><br>Defendant. | CASE NO. 4:20-CV-09406-DMR<br><br>[Removed from Marin County Superior Court Case No. CIV 2002781]<br><br>Assigned to: The Honorable Donna M. Ryu<br><br>**STIPULATION FOR EXTENSION TO EXCHANGE EXPERT REPORTS; AND ORDER**<br><br>Complaint Filed: September 25, 2020<br>Trial Date: October 3, 2022 |

Plaintiff Paul Clisham Painting & Decorating, Inc. and Defendant The Sherwin-Williams Paint Company (the "Parties") hereby stipulate:

1. Pursuant to the Court's Case Management Order the Parties are currently required to affirmatively designate experts and provide initial expert reports by April 25, 2022;

2. Expert rebuttal reports are currently due pursuant to the Case Management Order on May 9, 2022;

3. The Parties agree that a short extension of the expert designations and disclosures of expert reports—with the Court's consent—will give additional time to provide the Parties' retained

experts with adequate time to review and analyze the documents in this case to prepare and finalize their reports.[1]

**NOW THEREFORE,** the Parties hereby stipulate and agree that:

1. The current date of April 25, 2022, for the Parties to exchange initial expert designation and reports shall be extended by fourteen (14) days, to **May 9, 2022**; and

2. The current date of May 9, 2022, for the Parties to submit expert rebuttal reports shall similarly be extended by fourteen (14) days, to **May 23, 2022**.

3. No other deadlines shall be affected or changed.

Dated: April 27, 2022

                **BAILEY LAW PARTNERS LLP**

                By: /s/Sloan Bailey
                Sloan Bailey
                Carlos Huet-Cox
                Attorney for Plaintiff
                **Paul Clisham Painting & Decorating, Inc.**

                **HAWKINS PARNELL & YOUNG LLP**

                By: /s/Arturo E. Sandoval
                Barry R. Schirm
                Bill Fountain
                Arturo E. Sandoval
                Attorney for Defendant
                **The Sherwin-Williams Paint Company**

**ORDER**

**IT IS SO ORDERED.**

DATED: April  29 , 2022

                DONNA M. RYU
                United States Magistrate Judge

---

[1] The last fact witness Mr. Jacob Roeling was recently deposed on April 22, 2022, and a rough deposition transcript was just received on April 26, 2022, the final deposition transcript of Mr. Roeling, or other key witnesses, have yet to be received.

**ATTESTATION**

Pursuant to General Order No. 45, I, Arturo E. Sandoval, attest under penalty of perjury and the laws of the United States that I have obtained concurrence in the filing of this document from the other signatory to this document, Mr. Sloan Bailey.

/s/Arturo E. Sandoval
Arturo E. Sandoval

STIPULATION FOR EXTENSION TO EXCHANGE EXPERT REPORTS; AND ORDER

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant The Sherwin-Williams Company. hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on April 27, 2022.

_____
AMY HARKNESS